1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**
10
11 ESPERANZA GOMEZ,                    ) Case No. CV 17-3481-SJO (JPR)
                                      )
12               Plaintiff,           )
                                      ) ORDER ACCEPTING FINDINGS AND
13          v.                        ) RECOMMENDATIONS OF U.S.
                                      ) MAGISTRATE JUDGE
14 NANCY A. BERRYHILL, Acting         )
   Commissioner of Social            )
15 Security,                          )
                                      )
16               Defendant.           )
   _____)

17
18     The Court has reviewed the Complaint, Joint Stipulation,
19 Administrative Record, and all other records on file, as well as
20 the Report and Recommendation of U.S. Magistrate Judge.  <u>See</u> 28
21 U.S.C. § 636.  No objections to the R. & R. have been filed.

22     The Court accepts the findings and recommendations of the
23 Magistrate Judge.  IT THEREFORE IS ORDERED that judgment be
24 entered reversing the Commissioner's decision and remanding for
25 further proceedings.

26
27 DATED: <u>July 30,2018</u>

S. JAMES OTERO
U.S. DISTRICT JUDGE
28