**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESPERANZA GOMEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 17-3481-SJO (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order awarding benefits is DENIED; (2) the Commissioner's request for an order remanding the case for further proceedings is GRANTED; and (3) judgment is entered remanding the matter for further administrative action consistent with the Report and Recommendation of U.S. Magistrate Judge.

DATED: July 30, 2018

                                      S. JAMES OTERO
                                      U.S. DISTRICT JUDGE